**William WILLIAMS, Petitioner–. Appellant,**

v.

**John C. MARSHALL, Respondent– Appellee.**

**No. 08–56417.**

United States Court of Appeals, Ninth Circuit.

---

\* The Honorable Ralph R. Beistline, Chief United States District Judge for the District of Alaska, sitting by designation.

\** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted Feb. 21, 2012.*

Filed Feb. 22, 2012.

William Williams, San Luis Obispo, CA, pro se.

Linnea Piazza, AGCA--Office of the California Attorney General, San Diego, CA, for Respondent--Appellee.

Before: FERNANDEZ, McKEOWN, and BYBEE, Circuit Judges.

### MEMORANDUM **

California state prisoner William Williams appeals from the district court's order denying his 28 U.S.C. § 2254 habeas petition. We have jurisdiction under 28 U.S.C. § 2253, and we affirm.

Williams contends that the Governor's 2004 decision reversing the Board of Prison Terms's decision finding him suitable for parole was not supported by "some evidence" and therefore violated his due process rights. The only federal right at issue in the parole context is procedural, and the only proper inquiry is what process the inmate received, not whether the state court decided the case correctly. *See Swarthout v. Cooke,* — U.S. —, 131 S.Ct. 859, 862–63, 178 L.Ed.2d 732 (2011)

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

---

(per curiam). Because Williams raises no procedural challenges, we affirm.

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.